Opinion filed September 17, 2015



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00141-CR
_____

## IVAN LEVARIO ORTEGA, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 244th District Court**
**Ector County, Texas**
**Trial Court Cause No. C-38,803**

## MEMORANDUM OPINION

Ivan Levario Ortega, Appellant, has filed a motion to dismiss his appeal. In the motion, Appellant states that he does not want to continue with this direct appeal, and he requests that his appeal be dismissed. The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

September 17, 2015                                                PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.